LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALVAN M. JOFFE
Assistant United States Attorney
   United States Court House
   312 North Spring Street
   Los Angeles, California, 90012
   Telephone: (213) 894-2470

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CV 91A-10919 |
|---|---|
| Plaintiff, | ) DEFAULT JUDGMENT |
| v. | ) |
| JOSEPH CLAYTON, | ) |
| Defendant. | ) |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JOSEPH CLAYTON, the sum of $1,000.00 as principal, $158.20 as accrued prejudgment interest, $227.00 administrative charges, and $151.71 costs, for a total amount of $1,536.91, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: APR - 8 1992

LEONARD A. BROSNAN, CLERK
U. S. District Court
Central District of California

By: _____
   Deputy Clerk